UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUGO COLLAZOS-MUNOZ,<br><br>Defendant. | NOS. CR-00-054-RHW<br>CR-00-058-RHW<br>CR-00-105-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT OR MOTION FOR RECONSIDERATION PURSUANT TO RULE (59)(e)** |

Before the Court is Defendant's Motion to Alter or Amend Judgment or Motion for Reconsideration Pursuant to Rule (59)(e) (CR-00-054-RHW [Ct. Rec. 201], (CR-00-058-RHW [Ct. Rec. 191]), (CR-00-105-RHW [Ct. Rec. 194]). The motion was heard without oral argument.

Under Fed. R. Civ. P. 59(e), a motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with the need to correct a clear error or prevent manifest injustice, newly discovered evidence is introduced, or there is an intervening changed in the controlling law. *389 Orange Street Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999). Thus, to succeed in a motion for reconsideration, a party must set forth facts or law of a strongly convincing nature to induce the Court to reverse its prior decision. *See Kern-Tulare Water Dist. v. City of Bakersfield*, 634 F. Supp. 656, 665 (E.D. Cal. 1986), *aff'd in part and rev'd in part on other grounds*, 828 F.2d 514 (9th Cir. 1987).

Here, Defendant appears to be arguing that the Court needs to correct clear error

**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT OR MOTION FOR RECONSIDERATION PURSUANT TO RULE (59)(e)~ 1**

or prevent manifest injustice. However, Defendant has not provided the Court with any evidence that it committed clear error. As such, Defendant's request for an evidentiary hearing is also denied.

Accordingly, **IT IS HEREBY ORDERED:**

Defendant's Motion to Alter or Amend Judgment or Motion for Reconsideration Pursuant to Rule (59)(e) (CR-00-054-RHW [Ct. Rec. 201], (CR-00-058-RHW [Ct. Rec. 191]), (CR-00-105-RHW [Ct. Rec. 194]) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to Defendant and counsel for the government.

**DATED** this 24th day of February, 2006.

s/ Robert H. Whaley

ROBERT H. WHALEY
Chief United States District Judge

Q:\CRIMINAL\2000\Collazos-Munoz\deny59e.wpd

**ORDER DENYING DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT OR MOTION FOR RECONSIDERATION PURSUANT TO RULE (59)(e)~** 2